IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:03CR3007 |
| v. ) | |
| ) | |
| RAUL ARRIAGE SOLORIO, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

Upon the entry of appearance of Julie B. Hansen as counsel for the defendant,

IT IS ORDERED:

The motion to substitute counsel, filing 42, is granted. The clerk shall terminate Carlos Monzon as counsel for the defendant.

DATED this 22nd day of September, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge